# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY FRANCISCO RODRIGUEZ, | ) | No. ED CV 16-1639-PLA |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED: March 31, 2017

                                                                       PAUL L. ABRAMS
                                        UNITED STATES MAGISTRATE JUDGE